IN THE UNITED STATES DISTRICT COURT FOR THE
EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
No. ___:__-CV-____-____

| | | |
|---|---|---|
| BURCH EQUIPMENT, LLC, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | |
| | ) | |
| LAKEVIEW VEGETABLE | ) | COMPLAINT |
| PROCESSING, INC., | ) | |
| | ) | |
| Defendant. | ) | |

COMES NOW the Plaintiff, BURCH EQUIPMENT, LLC, a North Carolina limited liability company, by and through its undersigned attorneys, complaining of the Defendant, LAKEVIEW VEGETABLE PROCESSING, INC., a foreign corporation, as follows:

1. The Plaintiff is a North Carolina limited liability company, with its principal place of business within this District.

2. The Defendant is a Canadian corporation formed and having its principal place of business in Ontario, Canada.

3. The Defendant buys sweet potatoes and, upon information and belief, other fresh produce, from producers located and doing business in the State of North Carolina including, but not limited to, the Plaintiff, on a regular and ongoing basis.

4. This Court has original jurisdiction over the matter pursuant to 28 U.S.C. § 1332 because the amount in controversy exceeds SEVENTY-FIVE THOUSAND & 00/100 DOLLARS ($75,000.00) and there is complete diversity of citizenship between the parties.

5. The North Carolina long-arm statute, N.C. Gen. Stat. § 1-75.4(1)(d) and (5)(d), authorizes personal jurisdiction over the Defendant because the Defendant is, and at all times relevant has been, engaged in substantial activity in the State of North Carolina and this action relates to goods shipped from the State of North Carolina to the Defendant on its order or direction.

6. The Defendant has at all times relevant maintained sufficient minimum contacts with the State of North Carolina such that this Court's exercise of personal jurisdiction is consistent with traditional notions of fair play and substantial justice, satisfying the standards of constitutional due process.

7. Venue is proper in this district pursuant to 28 U.S.C. § 1391(b) because a substantial part of the events or omissions giving rise to the claim occurred in this district and the Defendant is subject to the Court's personal jurisdiction with respect to such action in this district.

## FACTS

8. Plaintiff is in the business of growing, sorting, packing, selling, and shipping sweet potatoes and other vegetables on a wholesale basis.

9. Defendant purchases sweet potatoes and other produce from distributors, such as the Plaintiff, and offers them for resale.

10. Plaintiff and Defendant have enjoyed an ongoing business relationship for at least the last ten (10) years, pursuant to which the Plaintiff has sold sweet potatoes to the Defendant and the Defendant has purchased sweet potatoes from the Plaintiff.

11. Plaintiff and Defendant have engaged in approximately 15 to 20 business transactions per year since the inception of their business relationship. Each transaction involved

one or more shipments of sweet potatoes to the Defendant from the Plaintiff's facility in Sampson County, North Carolina.

12. On or about June 9, 2020, the Defendant ordered one million five hundred thousand (1,500,000) pounds of sweet potatoes from the Plaintiff. In furtherance of this order, the Defendant issued a purchase order, a true and accurate copy of which is attached as Exhibit A.

13. In or about January, March, April, May, and June 2021, the Plaintiff fulfilled the purchase order and shipped sweet potatoes to the Defendant on its order and as directed by the Defendant. The Plaintiff shipped the potatoes from its facility in Sampson County, North Carolina. All of the sweet potatoes were grown in this district.

14. The Defendant accepted the delivery of the sweet potatoes.

15. The Plaintiff issued a number of invoices for the sweet potatoes delivered, most of which the Defendant promptly paid.

16. On or about April 29, May 12, and May 13, 2021, Plaintiff issued invoices to the Defendant requesting payment for approximately three hundred and eighty-two thousand nine hundred (382,900) pounds of the sweet potatoes delivered for a price of ONE HUNDRED EIGHTEEN THOUSAND SIX HUNDRED NINETY-NINE & 00/100 DOLLARS ($118,699.00) (the "Invoice Price"). Those invoices are attached as Exhibit B (the "Invoices").

17. The Invoice Price is due and owing by the Defendant to the Plaintiff.

18. At no time has the Defendant objected to the Invoice Price; in fact, upon information and belief, the Defendant contends it paid the Invoice Price in full.

19. Full payment of the Invoice Price was due no later than May 23, 2021.

20. As of the date of this action, the Defendant has failed and refused to pay the Plaintiff the Invoice Price.

## First Cause of Action
(Money Owed/Account Stated)

21. The foregoing allegations are realleged and incorporated by reference as though fully set forth herein.

22. Plaintiff delivered sweet potatoes to the Defendant and the Defendant owes Plaintiff for the sweet potatoes at the prices agreed to and stated in the purchase order and the Invoices.

23. Plaintiff delivered the Invoices to the Defendant for payment of the Invoice Price.

24. Defendant has acknowledged receipt of the Invoices, has not objected to the amounts owed, and has expressly or impliedly agreed to pay the amount due under the Invoices, i.e., the Invoice Price.

25. Defendant has failed to pay the Invoice Price and owes the Plaintiff the Invoice Price.

26. Defendant is indebted to the Plaintiff in the amount of not less than ONE HUNDRED EIGHTEEN THOUSAND SIX HUNDRED NINETY-NINE & 00/100 DOLLARS ($118,699.00), with interest at the legal rate from May 23, 2021.

## Second Cause of Action
(Breach of Contract)

27. The foregoing allegations are realleged and incorporated by reference as though fully set forth herein.

28. The Plaintiff and the Defendant entered into a valid and enforceable contract, as described hereinabove, whereby the Defendant agreed to purchase and the Plaintiff agreed to sell sweet potatoes.

29. The parties agreed on the purchase price for the sweet potatoes to be delivered.

30. The Plaintiff accepted the Defendant's offer and delivered the sweet potatoes to the Defendant based upon Defendant's agreement to remit full and complete payment under the contract.

31. The Defendant accepted the shipments of sweet potatoes from the Plaintiff.

32. The Defendant breached the contract by failing to remit full and complete payment to the Plaintiff for the sweet potatoes and this breach has caused damage to the Plaintiff.

33. The Defendant's failure to pay for the sweet potatoes as required under the contract constitutes a breach of its contractual obligations due and owing to the Plaintiff.

34. The Defendant's breach is the proximate cause of the Plaintiff's damages.

35. The Plaintiff has repeatedly requested that the Defendant comply with the terms of the contract and make full payment for the goods delivered, but the Defendant has failed and refused to pay the outstanding balance, which is ONE HUNDRED EIGHTEEN THOUSAND SIX HUNDRED NINETY-NINE & 00/100 DOLLARS ($118,699.00).

36. As a result of the Defendant's breach of contract, the Plaintiff has been damaged in the amount of ONE HUNDRED EIGHTEEN THOUSAND SIX HUNDRED NINETY-NINE & 00/100 DOLLARS ($118,699.00), with interest at the legal rate since May 23, 2021. The Plaintiff is entitled to recover this amount from the Defendant.

### Third Cause of Action
(Unjust Enrichment)

37. The foregoing allegations are realleged and incorporated by reference as though fully set forth herein.

38. In the alternative, the Plaintiff provided sweet potatoes to the Defendant, non-gratuitously, with a reasonable expectation of payment.

39. The Defendant will be unjustly enriched in the amount of ONE HUNDRED EIGHTEEN THOUSAND SIX HUNDRED NINETY-NINE & 00/100 DOLLARS ($118,699.00) if not required to pay the reasonable value of the delivered sweet potatoes.

40. The Plaintiff has conferred a measurable benefit upon the Defendant by providing it with sweet potatoes with a value of at least ONE HUNDRED EIGHTEEN THOUSAND SIX HUNDRED NINETY-NINE & 00/100 DOLLARS ($118,699.00).

41. The Defendant knowingly and voluntarily accepted the benefit of the sweet potatoes by accepting delivery of the potatoes and, upon information and belief, re-selling those potatoes to its customers for profit.

42. The Plaintiff did not provide the benefit gratuitously; it has sent the Invoices to the Defendant and has demanded payment for the potatoes.

43. Plaintiff is entitled to recover judgment of the Defendant in the amount of at least ONE HUNDRED EIGHTEEN THOUSAND SIX HUNDRED NINETY-NINE & 00/100 DOLLARS ($118,699.00) with interest at the legal rate from May 23, 2021.

WHEREFORE, the Plaintiff prays the Court as follows:

1. That the Plaintiff have and recover judgment of the Defendant in an amount to be determined at trial of not less than ONE HUNDRED EIGHTEEN THOUSAND SIX

HUNDRED NINETY-NINE & 00/100 DOLLARS ($118,699.00) with interest at the legal rate from May 23, 2021;

2. That the costs of this action, including reasonable attorney fees as may be allowed by law, be taxed to the Defendant;

3. That this verified complaint be received as an affidavit in this action; and

4. For such other and further relief as to the Court seems just and proper.

This the 6th day of April, 2022.

                                                    */s/ David F. Mills*  
                                                    David F. Mills  
                                                    Narron Wenzel, P.A.  
                                                    102 South Third Street  
                                                    Post Office Box 1567  
                                                    Smithfield, NC 27577  
                                                    T (919) 934-0049  
                                                    F (919) 934-6280  
                                                    dmills@narronwenzel.com  
                                                    State Bar No. 18326  
                                                    *Attorney for Plaintiff*

# VERIFICATION

COUNTY OF Sampson

STATE OF NORTH CAROLINA

    Kenneth James Lee, after first being duly sworn, deposes and says that he is an authorized signatory for Burch Equipment, LLC, the plaintiff in the above-captioned action, and as such, he is authorized to execute this Verification on behalf of the Plaintiff; that he has read the factual allegations in the foregoing Complaint and knows the contents thereof to be true, except for those matters alleged upon information and belief, and as to those, he believes them to be true.

                                                                 Kenneth James Lee
                                                                 Interim CEO of Burch Equipment, LLC

Sworn to and subscribed before me this the 9th day of February, 2022.

Notary Public: Jackeline Gomez

My commission expires: October 30, 2022

```
JACKELINE GOMEZ
Notary Public
North Carolina
Sampson County
```

# EXHIBIT A

# Lakeview Vegetable Processing Inc.

21413 Leslie Street
R.R.#2, Box 144
Queensville, Ontario L0G 1R0
Canada

# PURCHASE ORDER

| | |
|---|---|
| Order No.: | 29 |
| Date: | 08/09/2020 |
| Page: | 1 |
| Ship Date: | 11/15/2020 |

**Purchased From:**

Burch Equip LLC
PO Box399
685 Burch Road
Falson, NC 28341-0399
USD

**Ship To:**

Lakeview Vegetable Processing Inc.
21413 Leslie Street
R.R.#2, Box 144
Queensville, Ontario L0G 1R0
Canada

**Business No.:**

| Item No | Ordered | Unit | Description | Tax | Unit Price | Amount |
|---|---|---|---|---|---|---|
| 15155345 | 1,500,000 | LBS | Potato, Sweet Fresh Organic<br>FOB Falson NC<br>Samples of field lots must be sent to Lakeview Vegetable for approval of MRA and Heavy Metals level prior to any lots shipping. Only approved lots are to be shipped.<br>Shipping documents must include field lot, trailer sanitation affidavit with a sealed trailer<br>seal number and field lot must be documented on paperwork 2020/2021 crop season | | 0.31 | US$465,000.00 |

Confirmed Thank You

Jerry B[signature]

**Shipped By:**

**Total Amount** US$465,000.00

# EXHIBIT B

# Burch Equipment LLC.

PO Box 399
Faison, NC 28341-0399
Phone: 910-267-5781   Fax: 910-267-1133

## INVOICE

Global Gap Certified # ███████

Invoice #: 112961
Invoice: 04/29/2021
Ship: 04/28/2021
Pay Terms: Net 10

**Sold To:** Lake View Vegetable Processing
PO Box 144
21413 Leslie Street
Queensville ONTARIO L0G 1R0
Canada

**Ship To:** Lake View Vegetable Processing
21413 Leslie Street
Queensville ONTARIO L0G 1R0
Canada

Page 1 of 1

| Sale Terms: FOB | Salesperson: Jimmy Burch, Jr. | Carrier: GAVRO FREIGHT INTERNATION. |
|---|---|---|
| Order: 04/26/2021 | Via: Truck | Trailer lic: 583 37K   St: ON |
| Cust PO: ███████ | Currency: USD | Broker: |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| SWEET POTATO BIN DOUBLE BEAU ORG | USA | 42360 | lb | .31 | 13,131.60 |
| Seal Number | | | | | .00 |
| **INVOICE TOTAL:** | | 42360 | | | 13,131.60 |

Interest on unpaid balance shall accrue at higher of 18% per year or maximum statutory rate.
Buyer agrees to pay interest and any attorneys' fees necessary to collect any balance due hereunder.
All interest and attorneys' fees due seller shall be considered sums owing in connection with this transaction under the PACA trust.

**Please return a copy of this invoice with your remittance - Thank You**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# Burch Equipment LLC.

PO Box 399  
Faison, NC 28341-0399  
Phone: 910-267-5781   Fax: 910-267-1133

# INVOICE

Global Gap Certified # ▓▓▓▓▓▓▓

Invoice #: 112962  
Invoice: 04/29/2021  
Ship:    04/28/2021  
Pay Terms: Net 10

**Sold To:** Lake View Vegetable Processing  
PO Box 144  
21413 Leslie Street  
Queensville ONTARIO L0G 1R0  
Canada

**Ship To:** Lake View Vegetable Processing  
21413 Leslie Street  
Queensville ONTARIO L0G 1R0  
Canada

Page 1 of 1

| Sale Terms: FOB | Salesperson: Jimmy Burch, Jr. | Carrier: E.R.B. | |
|---|---|---|---|
| Order: 04/26/2021 | Via: Truck | Trailer lic: V 2116D | St: ON |
| Cust PO: ▓▓▓▓ | Currency: USD | Broker: | |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| SWEET POTATO BIN DOUBLE BEAU ORG | USA | 41600 | lb | .31 | 12,896.00 |
| Seal Number | | | | | .00 |
| **INVOICE TOTAL:** | | 41600 | | | 12,896.00 |

---

Interest on unpaid balance shall accrue at higher of 18% per year or maximum statutory rate. Buyer agrees to pay interest and any attorneys' fees necessary to collect any balance due hereunder. All interest and attorneys' fees due seller shall be considered sums owing in connection with this transaction under the PACA trust.

**Please return a copy of this invoice with your remittance - Thank You**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# Burch Equipment LLC.

PO Box 399
Faison, NC 28341-0399
Phone: 910-267-5781    Fax: 910-267-1133

# INVOICE

Global Gap Certified # ███████

**Invoice #:** 112963
**Invoice:** 04/29/2021
**Ship:** 04/28/2021
**Pay Terms:** Net 10

**Sold To:** Lake View Vegetable Processing
PO Box 144
21413 Leslie Street
Queensville ONTARIO L0G 1R0
Canada

**Ship To:** Lake View Vegetable Processing
21413 Leslie Street
Queensville ONTARIO L0G 1R0
Canada

Page 1 of 1

| Sale Terms: FOB | Salesperson: Jimmy Burch, Jr. | Carrier: EXEL LOGISTICS | |
|---|---|---|---|
| Order: 04/26/2021 | Via: Truck | Trailer lic: T 3026B | St: ON |
| Cust PO: ███████ | Currency: USD | Broker: | |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| SWEET POTATO BIN DOUBLE BEAU ORG | USA | 41380 | lb | .31 | 12,827.80 |
| Seal Number | | | | | .00 |
| INVOICE TOTAL: | | 41380 | | | 12,827.80 |

Interest on unpaid balance shall accrue at higher of 18% per year or maximum statutory rate.
Buyer agrees to pay interest and any attorneys' fees necessary to collect any balance due hereunder.
. All interest and attorneys' fees due seller shall be considered sums owing in connection with this transaction under the PACA trust.

**Please return a copy of this invoice with your remittance - Thank You**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# Burch Equipment LLC.

PO Box 399  
Faison, NC 28341-0399  
Phone: 910-267-5781   Fax: 910-267-1133

## INVOICE

Global Gap Certified # ▮▮▮▮▮▮▮▮

Invoice #: 112964  
Invoice: 04/29/2021  
Ship:    04/28/2021  
Pay Terms: Net 10

**Sold To:** Lake View Vegetable Processing  
PO Box 144  
21413 Leslie Street  
Queensville ONTARIO L0G 1R0  
Canada

**Ship To:** Lake View Vegetable Processing  
21413 Leslie Street  
Queensville ONTARIO L0G 1R0  
Canada

Page 1 of 1

| Sale Terms: FOB | Salesperson: Jimmy Burch, Jr. | Carrier: PONNELLY FARMS |
| Order: 04/26/2021 | Via: Truck | Trailer lic: TSI 428   St: NB |
| Cust PO: ▮▮▮▮ | Currency: USD | Broker: |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| SWEET POTATO BIN DOUBLE BEAU ORG | USA | 41700 | lb | .31 | 12,927.00 |
| Seal Number | | | | | .00 |
| **INVOICE TOTAL:** | | 41700 | | | 12,927.00 |

Interest on unpaid balance shall accrue at higher of 18% per year or maximum statutory rate. Buyer agrees to pay interest and any attorneys' fees necessary to collect any balance due hereunder. All interest and attorneys' fees due seller shall be considered sums owing in connection with this transaction under the PACA trust.

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# Burch Equipment LLC.
PO Box 399
Faison, NC 28341-0399
Phone: 910-267-5781    Fax: 910-267-1133

## INVOICE

Global Gap Certified # ▮▮▮▮▮

Invoice #: 112965
Invoice: 04/29/2021
Ship:    04/28/2021
Pay Terms: Net 10

Sold To: Lake View Vegetable Processing
PO Box 144
21413 Leslie Street
Queensville ONTARIO LOG 1RO
Canada

Ship To: Lake View Vegetable Processing
21413 Leslie Street
Queensville ONTARIO LOG 1RO
Canada

Page 1 of 1

| | |
|---|---|
| Sale Terms: FOB | Salesperson: Jimmy Burch, Jr. |
| Order: 04/26/2021 | Via: Truck |
| Cust PO: ▮▮▮▮ | Currency: USD |
| Carrier: D 4 LOGISTICS | |
| Trailer lic: R5517Z    St: ON | |
| Broker: | |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| SWEET POTATO BIN DOUBLE BEAU ORG | USA | 41600 | lb | .31 | 12,896.00 |
| Seal Number | | | | | .00 |
| INVOICE TOTAL: | | 41600 | | | 12,896.00 |

Interest on unpaid balance shall accrue at higher of 18% per year or maximum statutory rate.
Buyer agrees to pay interest and any attorneys' fees necessary to collect any balance due hereunder.
. All interest and attorneys' fees due seller shall be considered sums owing in connection with this transaction under the PACA trust.

**Please return a copy of this invoice with your remittance - Thank You**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# Burch Equipment LLC.

PO Box 399
Faison, NC 28341-0399
Phone: 910-267-5781    Fax: 910-267-1133

# INVOICE

Global Gap Certified # ███████

Invoice #: 113226
Invoice: 05/12/2021
Ship: 05/11/2021
Pay Terms: Net 10

**Sold To:** Lake View Vegetable Processing
PO Box 144
21413 Leslie Street
Queensville ONTARIO L0G 1R0
Canada

**Ship To:** Lake View Vegetable Processing
21413 Leslie Street
Queensville ONTARIO L0G 1R0
Canada

Page 1 of 1

| Sale Terms: FOB | Salesperson: Jimmy Burch, Jr. | Carrier: WILSON/AWAAGSTRA | |
|---|---|---|---|
| Order: 05/06/2021 | Via: Truck | Trailer lic: T 3148Z | St: |
| Cust PO: ███████ | Currency: USD | Broker: | |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| SWEET POTATO BIN DOUBLE COV ORG | USA | 43580 | lb | .31 | 13,509.80 |
| Seal Number | | | | | .00 |
| **INVOICE TOTAL:** | | 43580 | | | 13,509.80 |

---

Interest on unpaid balance shall accrue at higher of 18% per year or maximum statutory rate.
Buyer agrees to pay interest and any attorneys' fees necessary to collect any balance due hereunder.
. All interest and attorneys' fees due seller shall be considered sums owing in connection with this transaction under the PACA trust.

**Please return a copy of this invoice with your remittance - Thank You**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# Burch Equipment LLC.
PO Box 399  
Faison, NC 28341-0399  
Phone: 910-267-5781   Fax: 910-267-1133

# INVOICE

Global Gap Certified # ██████

**Invoice #:** 113225  
**Invoice:** 05/13/2021  
**Ship:** 05/12/2021  
**Pay Terms:** Net 10

**Sold To:** Lake View Vegetable Processing  
PO Box 144  
21413 Leslie Street  
Queensville ONTARIO L0G 1R0  
Canada

**Ship To:** Lake View Vegetable Processing  
21413 Leslie Street  
Queensville ONTARIO L0G 1R0  
Canada

Page 1 of 1

| Sale Terms: FOB | Salesperson: Jimmy Burch, Jr. | Carrier: DINAMIC/L.T.I. | |
|---|---|---|---|
| Order: 05/06/2021 | Via: Truck | Trailer lic: F 93 V39 | St: ON |
| Cust PO: ██████ | Currency: USD | Broker: | |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| SWEET POTATO BIN DOUBLE COV ORG | USA | 43520 | lb | .31 | 13,491.20 |
| Seal Number | | | | | .00 |
| INVOICE TOTAL: | | 43520 | | | 13,491.20 |

---

Interest on unpaid balance shall accrue at higher of 18% per year or maximum statutory rate.  
Buyer agrees to pay interest and any attorneys' fees necessary to collect any balance due hereunder.  
. All interest and attorneys' fees due seller shall be considered sums owing in connection with this transaction under the PACA trust.

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# Burch Equipment LLC.
PO Box 399  
Faison, NC 28341-0399  
Phone: 910-267-5781   Fax: 910-267-1133

## INVOICE

Global Gap Certified # ███████

**Invoice #:** 113227  
**Invoice:** 05/13/2021  
**Ship:** 05/12/2021  
**Pay Terms:** Net 10

**Sold To:** Lake View Vegetable Processing  
PO Box 144  
21413 Leslie Street  
Queensville ONTARIO L0G 1R0  
Canada

**Ship To:** Lake View Vegetable Processing  
21413 Leslie Street  
Queensville ONTARIO L0G 1R0  
Canada

Page 1 of 1

| Sale Terms: FOB | Salesperson: Jimmy Burch, Jr. | Carrier: WILLIAM INTERNATIONAL/LTI-V/ |
|---|---|---|
| Order: 05/06/2021 | Via: Truck | Trailer lic: V 93-44F   St: ON |
| Cust PO: ███████ | Currency: USD | Broker: |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| SWEET POTATO BIN DOUBLE COV ORG | USA | 43560 | lb | .31 | 13,503.60 |
| Seal Number | | | | | .00 |
| INVOICE TOTAL: | | 43560 | | | 13,503.60 |

Interest on unpaid balance shall accrue at higher of 18% per year or maximum statutory rate.  
Buyer agrees to pay interest and any attorneys' fees necessary to collect any balance due hereunder.  
. All interest and attorneys' fees due seller shall be considered sums owing in connection with this transaction under the PACA trust.

*Please return a copy of this invoice with your remittance - Thank You*

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.

# Burch Equipment LLC.

PO Box 399  
Faison, NC 28341-0399  
Phone: 910-267-5781 Fax: 910-267-1133

## INVOICE

Global Gap Certified # ███████

**Invoice #:** 113228  
**Invoice:** 05/13/2021  
**Ship:** 05/12/2021  
**Pay Terms:** Net 10

**Sold To:** Lake View Vegetable Processing  
PO Box 144  
21413 Leslie Street  
Queensville ONTARIO L0G 1R0  
Canada

**Ship To:** Lake View Vegetable Processing  
21413 Leslie Street  
Queensville ONTARIO L0G 1R0  
Canada

Page 1 of 1

| | | |
|---|---|---|
| Sale Terms: FOB | Salesperson: Jimmy Burch, Jr. | Carrier: D4-LOGISTICS |
| Order: 05/06/2021 | Via: Truck | Trailer lic: T71 10E  St: ON |
| Cust PO: ███████ | Currency: USD | Broker: |

| Description | Product of | Quantity | UOM | Price | Amount |
|---|---|---|---|---|---|
| SWEET POTATO BIN DOUBLE COV ORG | USA | 43600 | lb | .31 | 13,516.00 |
| Seal Number | | | | | .00 |
| **INVOICE TOTAL:** | | 43600 | | | 13,516.00 |

---

Interest on unpaid balance shall accrue at higher of 18% per year or maximum statutory rate.  
Buyer agrees to pay interest and any attorneys' fees necessary to collect any balance due hereunder.  
. All interest and attorneys' fees due seller shall be considered sums owing in connection with this transaction under the PACA trust.

**Please return a copy of this invoice with your remittance - Thank You**

The perishable agricultural commodities listed on this invoice are sold subject to the statutory trust authorized by section 5(c) of the Perishable Agricultural Commodities Act, 1930 (7 U.S.C. 499e(c)). The seller of these commodities retains a trust claim over these commodities, all inventories of food or other products derived from these commodities, and any receivables or proceeds from the sale of these commodities until full payment is received.