IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF NORTH CAROLINA
SOUTHERN DIVISION
NO. 7:22-CV-00055-BO

| | |
|---|---|
| BURCH EQUIPMENT, LLC, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | JOINT STIPULATION OF DISMISSAL |
| ) | |
| LAKEVIEW VEGETABLE ) | |
| PROCESSING, INC., ) | |
| ) | |
| Defendant ) | |

COME NOW the Plaintiff, BURCH EQUIPMENT, LLC, and Defendant, LAKEVIEW VEGETABLE PROCESSING, INC., by and through their respective undersigned counsel of record, and pursuant to Rule 41(a), F.R.C.P., hereby stipulate to the DISMISSAL of this action, including all claims and counterclaims, if any, asserted or arising therein, WITH PREJUDICE. Each party shall bear their own costs and attorneys' fees incurred in this action.

Respectfully submitted this the 10th day of March, 2023.

| | |
|---|---|
| */s/ David F. Mills* | */s/ Christian H. Staples* |
| David F. Mills | Christian H. Staples |
| Narron Wenzel, P.A. | Shumaker, Loop & Kendrick, LLP |
| 102 South Third Street | 101 South Tryon Street, Suite 2200 |
| Post Office Box 1567 | Charlotte, NC 28280 |
| Smithfield, NC 27577 | Telephone: 704-375-0057 |
| T (919) 934-0049 | Facsimile: 704-332-1197 |
| F (919) 934-6280 | Email: cstaples@shumaker.com |
| dmills@narronwenzel.com | NC Bar No. 40098 |
| N.C. Bar No. 18326 | *Counsel for Defendant* |
| *Attorney for Plaintiff* | |